# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RIGOBERTO TORRES,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>WYNN LAS VEGAS, LLC,<br><br>　　　Defendant(s). | Case No. 2:22-cv-00999-CDS-DJA<br><br>**Order** |

On June 27, 2022, the Court set this matter for an early neutral evaluation. Docket No. 5. Having reviewed the parties' statements, the Court concludes that proceeding with the early neutral evaluation would be futile and hereby **VACATES** the early neutral evaluation. *See* Local Rule 16-6(c). The Clerk's Office is **INSTRUCTED** to remove this case from the ENE program and to remove the undersigned as the settlement judge in this case.

The Court must also express its serious concerns. Plaintiff failed at the outset to provide an evaluation statement compliant with the Court's clear order. *See* Docket No. 12. Despite an additional opportunity to submit a compliant statement, *see id.*, Plaintiff submitted an amended statement that continued to be deficient. Most significantly, Plaintiff provided an opening offer devoid of justification for the amount being demanded. *But see* Docket No. 5 at 3 ("Provide the initial settlement proposal that will be presented at the early neutral evaluation *with a justification for any monetary amount*" (emphasis added)). Such a shortcoming is particularly problematic in this case because it appears (based on Plaintiff's own recitation of the pertinent circumstances) that the proposed opening offer may run afoul of the requirement to attend judicial proceedings in good faith. *See* Fed. R. Civ. P. 16(f)(1)(B); *see also* Docket No. 5 at 4. The Court expects

Plaintiff's counsel to comply strictly with all orders moving forward. Plaintiff's counsel must also ensure that he is complying with his duties as an officer of the Court moving forward.

IT IS SO ORDERED.

Dated: August 26, 2022

_____
Nancy J. Koppe
United States Magistrate Judge