Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorney for Defendant*
*Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGOBERTO TORRES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>　　　　Defendants. | Case No. 2:22-cv-00999-CDS-DJA<br><br>**STIPULATION TO EXTEND DISCOVERY**<br><br>**(FIRST REQUEST)** |

Plaintiff Rigoberto Torres ("Plaintiff"), through his counsel Kemp & Kemp, and Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel Jackson Lewis P.C., hereby stipulate and agree to extend the discovery remaining and related deadlines for ninety (90) days. This is the parties' first request for an extension.

**A. Discovery Completed to Date.**

To date, the parties have exchanged initial disclosures of documents and witnesses pursuant to FRCP 26(a)(1). Defendant has also propounded written discovery including interrogatories and requests for production.

**B. Discovery Which Still Needs to Occur.**

Defendant intends to depose Plaintiff and serve third party subpoenas. Plaintiff also intends to take FRCP 30(b)(6) depositions. The parties may also want to exchange additional discovery requests, serve additional subpoenas for documents, and depose other witnesses.

/ / /

### C. Good Cause Supports this Request.

Good cause supports the parties' request to extend discovery deadlines. The parties' respective counsel has experienced scheduling and/or health issues which have prevented the parties from completing discovery. Plaintiff's counsel had to prepare for and conduct a trial from November 7-11, 2022 and was therefore unable to complete discovery for most of October and November. He was also out of town for nine days over Thanksgiving and has been required to appear out of town for other matters. Further, Defendant's counsel has experienced ongoing health issues since returning to work after surgery in August, which has limited counsel's availability for depositions and discovery, and is currently ill. In light of Plaintiff's counsel's schedule, Defendant's counsel's health, the upcoming holiday season, and the time and preparation required for depositions, the parties are unable to complete depositions and serve all subsequently necessary written discovery in the time remaining.

### D. Proposed Schedule for Completing Remaining Discovery.

**Discovery Cut-Off Date** – The December 21, 2022, discovery cut-off date shall be extended to March 21, 2023.

**Dispositive Motions** – The January 20, 2023, dispositive motions deadline shall be extended to April 20, 2023.

**Pretrial Order** – If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of the dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dipositive motions or by further order of the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 30th day of November, 2022.

| KEMP & KEMP, ATTORNEYS AT LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ James P. Kemp* <br> James P. Kemp, Bar #6375 <br> 7435 W. Azure Drive, Suite 110 <br> Las Vegas, NV 89130 <br><br> *Attorney for Plaintiff* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar #6596 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *Wynn Las Vegas, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISGTRATE JUDGE

DATED: 12/2/2022