Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorney for Defendant*
*Wynn Las Vegas, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGOBERTO TORRES, <br><br> Plaintiff, <br><br> vs. <br><br> WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES I-X, <br><br> Defendants. | Case No. 2:22-cv-00999-CDS-DJA <br><br> **STIPULATION TO EXTEND DISCOVERY** <br><br> **(FIFTH REQUEST)** |

Plaintiff Rigoberto Torres ("Plaintiff"), through his counsel Kemp & Kemp, and Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel Jackson Lewis P.C., hereby stipulate and agree to extend the discovery remaining and related deadlines for ninety (90) days. This is the parties' fifth request for an extension.

**A. Discovery Completed to Date.**

To date, the parties have exchanged initial disclosures of documents and witnesses pursuant to FRCP 26(a)(1). Defendant supplemented its initial disclosures on November 1, 2023 and November 15, 2023.

Defendant has also propounded written discovery including interrogatories and requests for production on November 10, 2022, and Plaintiff responded on December 22, 2022.

Plaintiff served a notice to take the deposition of Defendant's FRCP 30(b)(6) witness on March 6, 2023, to which Defendant objected, and the parties met and conferred on several occasions to clarify the topics in order to identify the FRCP 30(b)(6) witness(es) and schedule

new dates for depositions of the rule 30(b)(6) witness(es), as well as a date for Plaintiff's deposition.

After successfully resolving their disputes without court intervention, Plaintiff took the deposition of Defendant's Rule 30(b)(6) witness on November 7, 2023. On November 16, 2023, Defendant took Plaintiff's deposition.

### B. Discovery Which Still Needs to Occur.

The deposition of Defendant's Rule 30(b)(6) witness revealed five additional fact witnesses the parties must depose. As a result of these depositions and Plaintiff's deposition, the parties may need to serve third party subpoenas.

### C. Good Cause Supports this Request.

Good cause supports the parties' request to extend discovery deadlines. The parties' recent participation in depositions identified additional witnesses who must be deposed and revealed additional factual disputes requiring further discovery. In addition, given the testimony of Plaintiff and Defendant's Rule 30(b)(6) witness, the parties are exploring resolution through informal negotiations or private mediation, which may render additional discovery unnecessary.

Considering the foregoing, and the time and preparation required to locate witnesses (including former employees), schedule and prepare for at least five depositions, and complete any subsequent discovery required as a result, the parties are unable to complete depositions and written discovery in the time remaining.

### D. Proposed Schedule for Completing Remaining Discovery.

**Discovery Cut-Off Date** – The December 18, 2023, discovery cut-off date shall be extended to March 18, 2024 for the purpose of taking depositions and issuing third party subpoenas.

**Dispositive Motions** – The January 17, 2024, dispositive motions deadline shall be extended to April 17, 2024.

**Pretrial Order** – If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of the dispositive motions, which is May 17, 2024. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be

suspended until thirty (30) days after the decision on the dipositive motions or by further order of the Court.

This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 22nd day of November, 2023.

| KEMP & KEMP, ATTORNEYS AT LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ James P. Kemp*<br>James P. Kemp, Bar #6375<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130<br><br>*Attorney for Plaintiff* | */s/ Deverie J. Christensen*<br>Deverie J. Christensen, Bar #6596<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>*Wynn Las Vegas, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 11/27/2023