Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com

*Attorney for Defendant*
*Wynn Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGOBERTO TORRES,<br><br>           Plaintiff<br><br>   vs.<br><br>WYNN LAS VEGAS, LLC,<br><br>           Defendants | Case No. 2:22-cv-00999-CDS-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Rigoberto Torres ("Plaintiff"), through his counsel Kemp & Kemp, and Defendant Wynn Las Vegas, LLC ("Defendant"), through its counsel Jackson Lewis P.C., hereby

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 29th day of May, 2024.

| KEMP & KEMP, ATTORNEYS AT LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ James P. Kemp* <br> James P. Kemp, Bar #6375 <br> 7435 W. Azure Drive, Suite 110 <br> Las Vegas, NV 89130 | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar #6596 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant Wynn Las Vegas, LLC* |

## **ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

DATED: ___May 30, 2024___